UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | Criminal No. 20-412 (PGS) |
| v. | : | |
| | : | ORDER MODIFYING CONDITIONS |
| | : | OF RELEASE |
| PETER COSTAS | : | |

This matter having been brought before the Court on Defendant Peter Costas's application for an order modifying the previously imposed conditions of release requiring the defendant participate in residential substance abuse treatment; and Defendant expecting to complete inpatient treatment on April 20, 2022; and Defendant seeking permission to receive treatment at Achieve Wellness in Northfield, New Jersey and live in a sober living house affiliated with the program; and the Government and Probation Office having no objection and for good cause shown;

IT IS this 18th day of April 2022 ORDERED that Defendant's application is GRANTED;

IT IS FURTHER ORDERED that upon his release from the inpatient facility, Mr. Costas shall participate in substances abuse treatment at Achieve Wellness as directed by the program and approved by the Probation Office.

IT IS FURTHER ORDERD that Mr. Costas shall live in a sober living house affiliated with the program and approved by the Probation Office until stepped down to outpatient services or he has made satisfactory progress toward outpatient treatment, and has a residence approved by the Probation Office.

IT IS FURTHER ORDERED that Mr. Costas shall permit the probation office access to his treatment records.

IT IS FURTHER ORDERED that all previously imposed conditions of release remain in effect.

_____
LOIS H. GOODMAN
United States Magistrate Judge