UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | HON. PETER G. SHERIDAN |
| v. | : | Crim. No. 20-729 (PGS) |
| MARQUIS D. ELLIOT | : | <u>ORDER FOR CONTINUANCE</u> |
| Defendant. | : | |

This matter having come before the Court on the joint application of Philip R. Sellinger, United States Attorney for the District of New Jersey (Ashley S. Pitts, Assistant U.S. Attorney, appearing), and defendant Marquis D. Elliot (Lisa Van Hoeck, Esq., appearing), for an order granting a continuance of the proceedings in the above-captioned from the date of this order through September 12, 2022; and the defendant being aware that he has the right to at trial within seventy (70) days of the indictment filed in this case, pursuant to Title 18, United States Code, Section 3161(c)(1); and the defendant having waived such right and consented to this continuance; and for good and sufficient cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Defense counsel requires adequate time to review the discovery generated by the investigation in this case;

(2) Taking into account the exercise of diligence, the facts of this case require that defense counsel be permitted a reasonable amount of time for effective preparation in this matter;

(3) The parties may enter into plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this __17th__ day of June, 2022,

ORDERED that this action be, and hereby is, continued from the date of this Order through and including September 12, 2022;

IT IS FURTHER ORDERED that the period from the date of this Order through and including September 12, 2022, shall be excludable in computing time under the Speedy Trial Act of 1974.

s/Peter G. Sheridan, U.S.D.J.
HON. PETER G. SHERIDAN
UNITED STATES DISTRICT JUDGE

Form and entry consented to:

s/Ashley S. Pitts
Ashley Super Pitts
Assistant U.S. Attorney

Lisa Van Hoeck, Esq.
Counsel for defendant Marquis D. Elliot