|  |  |
|---|---|
| UNITED STATES OF AMERICA | Hon. Douglas E. Arpert |
| v. | Crim. No. 20-412 |
| PETER COSTAS |  |

## DETENTION ORDER

This matter having come before the Court on November 8, 2022, for an initial appearance on the Second Amended Petition for Violation of Supervised Release; and the United States of America (by Angelica M. Sinopole) and Defendant Peter Costas (by Lisa Van Hoeck) having appeared; and Defendant by and through counsel having consented to detention,

IT IS, on this 8th day of November 2022,

ORDERED that Defendant Peter Costas shall be detained upon consent pending a hearing on the charges set forth in the Second Amended Petition for Violation of Supervised Release, without prejudice to his right to make an application for bail before the Court; and

IT IS FURTHER ORDERED that Defendant Peter Costas shall be remanded to the custody of the United States Marshal Service.

HON. DOUGLAS E. ARPERT
United States Magistrate Judge